UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **EDCV 19-1103-MWF(KKx)**                    Dated: **January 27, 2020**

Title:   Friends of Riverside Airport, LLC -v- Department of the Army, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

| Jon K. Wactor | Timothy A. Colvig |
| Peter Ton | Leonard J. Nelson, IV |
| | C. Scott Spear |
| | AJ Corimski |
| | Patric J. Foley |
| | Thomas F. Vandenburg |

**PROCEEDINGS:**     **SCHEDULING CONFERENCE**

Case called and counsel make their appearance.  The Scheduling Conference held.

The Court hears from counsel regarding the scheduling of trial and all related dates. For reasons stated on the record, the Court takes the matter under submitted.

**IT IS SO ORDERED.**

Initials of Deputy Clerk   rs
:14 MIN