UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 19-01103-MWF (KKx) | Date | June 28, 2021 |
|---|---|---|---|
| Title | Friends of Riverside Airport LLC v. Department of the Army, et al. | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Donnisha Brown | None |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Caitlin Wiley-Walker<br>Jon Wactor | C. Scott Spear<br>Andrew Corimski<br>Lucy Brown<br>Leonard John Nelson<br>Thomas Vandenburg<br>Stratton Constantinides<br>Anthony Beaumon<br>Kristi Smith<br>Timothy Colvig<br>John Darroch |

**Proceedings:** VIDEO SETTLEMENT CONFERENCE

A video settlement conference was held. Appearances were made as referenced above. Also present were client representatives for the respective parties.

Following consultation and after discussions with the Court, the parties were unable to agree upon a settlement.

|  | 2:30 |
|---|---|
| Initials of Preparer | dsb |