**PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**
L. JOHN NELSON IV, SB# 216613
E-Mail: John.Nelson@procopio.com
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
PATRICK J. FOLEY, SB# 180391
E-Mail: Patrick.Foley@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for ROHR, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FRIENDS OF RIVERSIDE AIRPORT, LLC, a limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE ARMY; ROHR, INC., a California Corporation; ANZA REALTY COMPANY, a California Corporation; ARLINGTON UTILITY COMPANY; LEAR SIEGLER, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>ROHR, INC., a California Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>FRIENDS OF RIVERSIDE AIRPORT, LLC; and DOES 1 through 100, inclusive,<br><br>Counterdefendants. | Case No. 5-19-CV-01103-MWF-KK<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST FOR TEMPORARY STAY**<br><br>Dept:  5A<br>Judge: Hon. Michael W. Fitzgerald |

Pursuant to Local Rule 16-15.7 and 40-2, Plaintiff FRA and Defendants City of Riverside and Rohr, Inc. respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing a written settlement agreement ("Agreement").

The undersigned parties intend to file a stipulated dismissal of all claims and defenses with prejudice as soon as practicable, and the City of Riverside will seek timely approval by the City Council to that end, but respectfully request that the Court enter a stay of the case until December 21, 2021 for judicial economy and defer any consideration of or ruling on the pending Motions for Summary Judgment to allow for completion of the Agreement and the dismissal paperwork.

DATED: November 22, 2021         PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

                                 By: /s/ L. John Nelson IV
                                     L. John Nelson IV
                                     Attorneys for
                                     Rohr, Inc., a California Corporation

DATED: November 22, 2021         BURKE, WILLIAMS & SORENSON LLP

                                 By: /s/ David Darroch
                                     David Darroch
                                     Attorneys for
                                     City of Riverside

DATED: November 22, 2021         WACTOR & WICK LLP

                                 By: /s/ Jon K. Wactor
                                     Jon K. Wactor
                                     Attorneys for
                                     Friends of Riverside Airport, LLC

Friends of Riverside Airport, LLC v. U.S. Department of the Army, et al.
USDC Case No. 5:19-cv-01103-MWF-KK

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of eighteen years and not a party to this action; that my business address is 525 B Street, Suite 2200, San Diego CA 92101 and that on November 22, 2021, I served the following document(s):

- **NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST FOR TEMPORARY STAY**

**BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such documents(s) listed above to be served through this court's electronic transmission facilities to the parties and/or counsel who are registered as CM/ECF Users set forth on the Court's Electronic Mail Notice List.

DATED: November 22, 2021

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: */s/L. John Nelson*
John.Nelson@procopio.com