JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| FRIENDS OF RIVERSIDE AIRPORT, LLC, a limited liability corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF THE ARMY; ROHR, INC., a California Corporation; ANZA REALTY COMPANY, a California Corporation; ARLINGTON UTILITY COMPANY; LEAR SIEGLER, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. EDCV 19-1103-MWF (KKx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ALL CLAIMS BETWEEN STIPULATING PARTIES WITH PREJUDICE** |
| ROHR, INC., a California Corporation,<br><br>Cross-claimant,<br><br>vs.<br><br>DEPARTMENT OF THE ARMY; and LEAR SIEGLER, INC.,<br><br>Cross-defendants. | |

     NOW, THEREFORE, before and without trial or adjudication of any issue of fact or law herein and upon consent of the Stipulating Parties hereto, it is hereby ORDERED, as follows:

     1.    The Court has subject matter jurisdiction of this action and each of the Parties.

2. Venue in this District is proper.

3. The Stipulating Parties agree to mutual dismissals with prejudice of all claims made between and among themselves in the various pleadings.

4. The Stipulating Parties will bear their own attorneys' fees, expert fees, and all costs associated with this matter with no recourse.

5. The Stipulating Parties have entered into this Stipulated Dismissal and Order freely and without coercion. The Stipulating Parties further acknowledge that they have read the provisions of this Stipulation and Order and are prepared to abide by them.

6. The Stipulating Parties have agreed that the entry of this Final Order resolves all matters of dispute between them arising from the lawsuit up to the date of entry of this Final Order.

7. Entry of this Order is in the public interest.

8. The Stipulating Parties, by their respective counsel, hereby consent to entry of this Order and further stipulate and agree that the entry of this Order shall result in the dismissal with prejudice without entry of judgment, with no prevailing party and joint waiver of any claim or right to attorneys' fees or expert fees and court or other costs, or to appeal or any further proceedings in the case and constitutes a complete and final settlement of this action between the Stipulating Parties.

IT IS SO ORDERED this 14th day of March, 2022.

_____
MICHAEL W. FITZGERALD
United States District Judge